BWW#: VA-330945

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: | Case No. 19-36058-KRH |
| MAUDIE STALLINGS HARO | |
|     Debtor | Chapter 13 |
| _____ | |
| AJX MORTGAGE TRUST II, A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE | |
|     Movant | |
| v. | |
| MAUDIE STALLINGS HARO | |
|     Debtor/Respondent | |
| and | |
| OLIVE M. BUTLER | |
|     Co-Debtor/Co-Respondent | |
| and | |
| SUZANNE E. WADE | |
|     Trustee/Respondent | |

**ORDER GRANTING RELIEF FROM STAY AND CO-DEBTOR STAY**

Upon consideration of the motion of AJX Mortgage Trust II, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee (the "Movant") to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C §362 is modified to permit the Movant to enforce the lien of its deed of trust as it pertains to the real property located at 6117 Darjoy Drive, Richmond, VA 23231 (the "Property") and is more particularly described as follows:

All that certain lot or parcel of land, together with the improvements thereon and the appurtenances thereunto belonging, situate in the Varina District of Henrico County, Virginia, known, numbered and designated as Lot 19, Block C, Section C, Pine Forest, all as more particularly shown on recorded subdivision plat made by Engineering Design Assoc., Inc., entitled "Pine Forest, Section C", dated February 5, 1992, and recorded in Plat Book 95, pages 29 and 30, to which plat reference is hereby made for a more particular description of the real estate.

Being the same real estate conveyed to Olive M. Butler and Maudie S. Haro, as joint tenants with the right of survivorship as at common law, by deed from Stanley James Jones (also known as Stanley James Jones, Sr.) and Towanda D. Jones, husband and wife, dated August 26, 2004, recorded September 2, 2004, in the aforesaid Clerk's Office in Deed Book 3732, page 926.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such

_____
Lauren S. Hunt, VSB# 92916
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463(Phone)
*Attorney for the Movant*

action under state law, as may be necessary, to obtain possession of the Property.

    IT IS FURTHER ORDERED that relief is granted as to Olive M. Butler, the Co-Debtor, from the automatic stay imposed by 1301(a) to the same extent and on the same terms and conditions as granted as to the Debtor.

DONE at Richmond, Virginia, this _____ day of _____, 20___.

Mar 19 2020

/s/ Kevin R Huennekens
_____
Bankruptcy Judge
U.S. Bankruptcy Court
Entered on Docket: __Mar 20 2020__

**I ASK FOR THIS:**

 /s/ Lauren S. Hunt
Lauren S. Hunt, VSB# 92916
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
*Attorney for the Movant*

**SEEN:**

 /s/ Suzanne E. Wade
Suzanne E. Wade, Trustee
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226
*Chapter 13 Trustee*

Copy to:

Suzanne E. Wade, Trustee
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226

James E. Kane, Esq.
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218

Maudie Stallings Haro
6117 Darjoy Drive
Richmond, VA 23231

Olivia M. Butler
6117 Darjoy Drive
Richmond, VA 23231

## **CERTIFICATION**

The undersigned certifies that:

1. The foregoing Order Granting Relief from Stay and Co-Debtor Stay is identical to the form order required by Standing Order No. 10-2 and that no modifications, additions, or deletions have been made; and

2. The foregoing Order Granting Relief from Stay and Co-Debtor Stay has been endorsed by or on behalf of all necessary parties and counsel herein, in accordance with Local Rule 9022-1.

                                                     */s/ Lauren S. Hunt*
                                                     Lauren S. Hunt
                                                     Attorney
                                                     BWW Law Group, LLC

```
                            United States Bankruptcy Court
                              Eastern District of Virginia
```

In re:                                                                  Case No. 19-36058-KRH
Maudie Stallings Haro                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: baumgartn            Page 1 of 1           Date Rcvd: Mar 20, 2020
                              Form ID: pdford1           Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db             +Maudie Stallings Haro,    6117 Darjoy Drive,    Henrico, VA 23231-4782
               +Olivia Butler,    6117 Darjoy Drive,   Richmond, VA 23231-4782

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          Andrew Todd Rich    on behalf of Creditor   AJX Mortgage Trust II, a Delaware Trust, Wilmington
           Savings Fund Society, FSB, Trustee bkvaecfupdates@bww-law.com
          James E. Kane    on behalf of Debtor Maudie Stallings Haro jkane@kaneandpapa.com,
           info@kaneandpapa.com,bfrazier@kaneandpapa.com,gwhite@kaneandpapa.com,sfalkowski@kaneandpapa.com
          John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
          Lauren Virginia French    on behalf of Creditor   AJX Mortgage Trust II, a Delaware Trust,
           Wilmington Savings Fund Society, FSB, Trustee lauren.french@bww-law.com,
           bkvaecfupdates@bww-law.com;laurenfrenchesq@gmail.com
          Suzanne E. Wade    ecfsummary@ch13ricva.com,   trustee@ch13ricva.com;fred@cmc13.net
                                                                                             TOTAL: 5
```